Certificate Number: 16339-PAE-DE-040537833

Bankruptcy Case Number: 25-15215



16339-PAE-DE-040537833

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2026, at 4:45 o'clock PM EST, Eowyn Petersen-snyder completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 22, 2026         By:   /s/Kris Krumal

                                                       Name: Kris Krumal

                                                       Title: Certified Financial Counselor