### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 7

Kali L DeDominicis and Eowyn Petersen–Snyder              : Case No. 25–15215–djb
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , April 1, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

               By The Court

               Derek J Baker
               Judge, United States Bankruptcy Court